AMELIA K. HECK, as Administratrix, etc., of ALBERT W. C. HECK, Deceased, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Appeal dismissed unless appellant shall file and serve printed papers by March twentieth

and printed briefs by April first. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.